**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAGHAN HUNT,<br>Plaintiff,<br>v.<br>OAK RUN ELEMENTARY SCHOOL DISTRICT, et al.,<br>Defendants. | No. 2:25-cv-2404-DC-ICD<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendants' motion to dismiss, ECF Nos. 42 and 46, under Federal Rule of Civil Procedure 12(b)(6), set for hearing before the undersigned in Redding, California, on September 30, 2026. The motion was originally filed on August 12, 2026, ECF No. 42, and re-noticed on August 13, 2026, ECF Nos. 45 and 46. On August 25, 2026, Plaintiff filed a first amended complaint. ECF No. 47.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). Here, Plaintiff's first amended complaint was filed on August 25, 2026, which is fewer than 21 days after Defendants' motion to dismiss, brought under Rule 12(b)(6), was initially filed on August 12, 2026. Plaintiff's first amended complaint was thus filed as of right under Rule 15(a)(1)(B) and renders Defendants' pending motion to dismiss moot. The Court will vacate the September 30, 2026, hearing and set a deadline for Defendants to respond to Plaintiff's first amended complaint.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to dismiss, ECF Nos. 42 and 46, is rendered moot by the filing of Plaintiff's first amended complaint as of right under Federal Rule of Civil Procedure 15(a)(1)(B).

2. The Clerk of the Court is directed to terminate ECF Nos. 42 and 46 as pending motions.

3. The hearing set before the undersigned on September 30, 2026, at 10:00 a.m., in Redding, California, is vacated.

4. Defendants' response to Plaintiff's first amended complaint is due within 30 days of the date of this order.

Dated: September 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE