**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MAGHAN HUNT,

Plaintiff,

v.

OAK RUN ELEMENTARY SCHOOL DISTRICT, et al.,

Defendants.

No. 2:25-cv-2404-DC-ICD

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. On the parties' stipulation, ECF No. 56, the hearing on Defendants' motion to dismiss, currently set for November 18, 2026, is CONTINUED to December 16, 2026, at 10:00 a.m., before the undersigned via Zoom. The Court will provide the parties with connection information separately.

IT IS SO ORDERED.

Dated: November 17, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE